# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 18-00108LEK-KJM |
| CASE NAME: | Hawaii Central Federal Credit Union vs. Louis Mahina Kealoha, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 09/26/2018 | TIME: | |

COURT ACTION:  EO: Regarding Defendant United States of America's (32-1) Motion to Stay Civil Proceedings currently set for 10/1/2018 at 10:30 AM before Judge Leslie E. Kobayashi.

There is no opposition, therefore  Defendant United States of America's (32-1) Motion to Stay Civil Proceedings is **Granted and terminated** and the hearing is **Vacated.**

Court to issue Order.

Submitted by: Warren N. Nakamura, Courtroom Manager