# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 18-00108LEK-KJM |
| CASE NAME: | Hawaii Central Federal Credit Union Vs. Louis Mahina Kealoha, et al. |
| ATTYS FOR PLA: | |
| ATTYS FOR DEFT: | |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | |
| DATE: | 04/02/2019 | TIME: | |

COURT ACTION:  EO: COURT ORDER DIRECTING THE PARTIES TO SUBMIT LETTER BRIEFS REGARDING THE STATUS OF CASE

On October 29, 2018, this Court issued its Order Granting Defendant the United States of America's Motion to Stay Civil Proceedings, which stayed this case pending the conclusion of the interlocutory sale in the matter known as United States of America v. Louis M. Kealoha, et al., CR 18-00068 JMS-RLP ("CR 18-00068"), or the conclusion of 18-00068, whichever occurred first. [Dkt. no. 41 at 9.] This Court ORDERS the parties to submit letter briefs addressing the status of 18-00068. Each party's letter brief must be no more than five pages long, and should be submitted to this Court by facsimile at (808)541-1386 by **April 16, 2019**.

After reviewing the parties' letter briefs, this Court will determine whether it is necessary to schedule a status conference regarding the lifting of the stay, and the setting of a trial date and related deadlines.

IT IS SO ORDERED.

Submitted by: Warren N. Nakamura, Courtroom Manager